Argued and submitted October 2, reversed and remanded for reconsideration November 8, 1995

In the Matter of the Compensation of
Wayne L. Duval, Claimant.

CABAX MILLS, INC.
and Argonaut Insurance Company,
*Petitioners,*

*v.*

Wayne L. DUVAL,
*Respondent.*

(93-06091; CA A86718)

904 P2d 658

Craig A. Staples argued the cause for petitioners. With him on the brief was Roberts, Reinisch, MacKenzie, Healey & Wilson, P.C.

Thomas M. Cary argued the cause for respondent. With him on the brief was Coons, Cole, Cary & Wing, P.C.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Employer seeks judicial review of an order of the Workers' Compensation Board holding that employer's failure to contest a previous determination order precluded it from contesting the compensability of claimant's knee condition. The statutes pertinent to this review have been amended by Oregon Laws 1995, chapter 332. The amended versions of the statutes are applicable to this case, and the changes may affect the Board's analysis or result. Accordingly, we remand for reconsideration in light of the new law. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).

Reversed and remanded for reconsideration.